# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 23-CR-1023 |
| Michael Henry Vandermillen Jr. | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus

[✓] Ad Prosequendum  [ ] Ad Testificandum

Name of Detainee: Michael Henry Vandermillen Jr.   Inmate ID 6225095

Detained at: Clarinda Corr. Facility   in the custody of Stephen Weis, Warden

Detainee is:
a.) [✓] charged in this District by: [✓] Indictment [ ] Information [ ] Complaint Charging Detainee with:
Distribution of a Controlled Substance Near a Protected Location in violation of 21 U.S.C. §§ 841(a)(1), 860(a)

or

b.) [ ] a witness not otherwise available by ordinary process of the Court.

and Detainee will:
a.) [ ] return to the custody of detaining facility upon conclusion of said proceedings.

or

b.) [✓] be retained in federal custody until final disposition of federal charges.

Appearance is necessary on forthwith at _____

in: [✓] Cedar Rapids   [ ] Sioux City

10/02/2023
Date

*/s/ Devra T. Hake*
DEVRA T. HAKE
Special Assistant United States Attorney
Phone: 319-363-6333

## ORDER FOR WRIT OF HABEAS CORPUS

[✓] Ad Prosequendum   Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and at any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

_____   _____
Date                 United States District/Magistrate Judge