# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | No. 23-CR-1023 |
| | ) | |
| vs. | ) | MOTION FOR LEAVE TO |
| | ) | WITHDRAW AS COUNSEL |
| **MICHAEL HENRY VANDERMILLEN, JR.,** | ) | FOR DEFENDANT |
| | ) | |
| Defendant. | ) | |

The undersigned attorney, Webb Wassmer, moves for leave to withdraw as counsel for Defendant Michael Henry Vandermillen, Jr. Counsel states:

1. Upon additional review of the discovery provided by the Government, counsel has discovered a conflict of interest with a previous client of counsel's that requires counsel to withdraw from representation of Mr. Vandermillen in this matter.

2. Counsel is forwarding a copy of this Motion to Mr. Vandermillen at the Benton County Jail, his last known address.

3. Substitute counsel should be appointed for Mr. Vandermillen.

1

For the above stated reasons, the undersigned counsel respectfully requests the Court to grant leave to withdraw and to appoint substitute counsel for Mr. Vandermillen.

Respectfully Submitted,

_____/s/ Webb L. Wassmer_____
Webb L. Wassmer
*Wassmer Law Office PLC*
5320 Winslow Road
Marion, IA 52302
Tele: (319) 210-4288
wassmerlaw@yahoo.com

Attorney for Defendant Michael Henry Vandermillen, Jr.

CERTIFICATE OF SERVICE

I certify that on November 22, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the following:

Devra Hake, AUSA
United States Probation

By: _____/s/ Webb Wassmer_____
**Webb Wassmer**

2

Case 2:23-cr-01023-LTS-MAR   Document 16   Filed 11/22/23   Page 2 of 2