# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>MICHAEL HENRY VANDERMILLEN, JR,<br><br>  Defendant. | No. 23-cr-1023-LTS<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

The matter before the Court is defense counsel's Motion to Withdraw Due to Conflict, filed on November 22, 2023. (Doc. 16.)

For the reasons stated in the motion, the motion is **granted**. Attorney Webb Wassmer is withdrawn from this case.

The Court directs the CJA Panel Administrator to appoint new counsel to represent Defendant.

**IT IS SO ORDERED** this 22nd day of November 2023.

Mark A. Roberts, United States Magistrate Judge
Northern District of Iowa